FRANCIS MACKIN, Respondent, v. BERNARD A. SMITH and Another, Defendants, Impleaded with DECORATORS FURNITURE Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY GALLAGHER, as Administratrix, etc., of JULIA GALLAGHER, Deceased, Appellant, v. FRANKLIN SAVINGS BANK IN THE CITY OF NEW YORK, Defendant, Impleaded with KATHERINE NEVINS, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAX LORINCZ, Respondent, v. PARTOS REALTY CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Dowling, P. J., dissents and votes for reversal and a new trial upon the ground that the finding of fraud was against the weight of the evidence; McAvoy, J., dissents and votes for modification by deducting $950 from amount of damages.

MORRIS GELB, Appellant, v. FRANCES GELB, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BELMONT HUGHES REALTY CORPORATION, Appellant, v. STEPHEN H. JACKSON, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STANLEY RONALSKY, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES M. HAMILTON, Respondent, v. THE CARLETON COMPANY, INC., Appellant — Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Dowling, P. J., and O'Malley, J., dissent.

MARY KOPTAK, Respondent, v. GEORGE J. FAOUR and DOMINICK J. FAOUR, Appellants, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

L. M. BERKELEY, Appellant, v. MITCHELL MAY, Respondent.— Judgment and orders affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley.

CHARLES MALLOY, Respondent, v. UNITED STATES CASUALTY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.